UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY L. STEWART, | 1:14-cv-00322-AWI-GSA-PC |
| Plaintiff, | ORDER IN RESPONSE TO PLAINTIFF'S NOTICE |
| vs. | (Doc. 12.) |
| K. HOLLAND, et al., | ORDER DIRECTING CLERK TO SEND PLAINTIFF COPY OF DOCKET SHEET |
| Defendants. | |

   Tracy L. Stewart ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on March 7, 2014. (Doc. 1.) On January 9, 2015, the court issued an order denying Plaintiff's motion for preliminary injunctive relief, for lack of jurisdiction. (Doc. 11.)

   On March 2, 2015, Plaintiff filed a notice, informing the court of a factual error in the January 9, 2015 order. (Doc. 12.) Plaintiff notes that the order states that his Complaint arose from events occurring at Corcoran State Prison (CSP), whereas in fact Plaintiff alleges that he was pepper sprayed at the California Correctional Institution (CCI) and later transferred to CSP. Plaintiff also expresses concern that he is not receiving copies of all of the court's documents. (Id.)

   A review of the Complaint shows that Plaintiff is correct, the Complaint arises from events at CCI, not CSP, and the court's order thus contains a factual error. However, the fact

1

that Plaintiff was at CCI at the time of the events at issue does not change the court's decision to deny Plaintiff's motion for preliminary injunctive relief for lack of jurisdiction. Whether Plaintiff was at CCI or CSP when the events at issue occurred, the court would lack jurisdiction to grant Plaintiff's motion. Therefore, the factual error is not material to the court's ruling, and the January 9, 2015 order shall not be reconsidered.

With respect to Plaintiff's concern about not receiving court documents, the Clerk of Court is HEREBY DIRECTED to send Plaintiff a copy of the current docket sheet for this case, for his review.

IT IS SO ORDERED.

Dated:   **March 3, 2015**                    **/s/ Gary S. Austin**
                                              UNITED STATES MAGISTRATE JUDGE