# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY STEWART,<br><br>        Plaintiff,<br><br>    v.<br><br>K. HOLLAND, et al.,<br><br>        Defendants. | Case No.: 1:14-cv-00322-DAD-BAM (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO SUPPLEMENT SETTLEMENT STATEMENT<br><br>(ECF No. 50) |

Currently before the Court is Plaintiff Tracy Stewart's motion to supplement his settlement statement, filed on February 5, 2018. (ECF No. 50.) Plaintiff made some written comments and states that he wishes to also make some oral statements regarding settlement.

Plaintiff's motion will be provided to the settlement judge, and he will be permitted an opportunity to speak with that judge at the settlement conference.

Accordingly, Plaintiff's motion to supplement settlement statement (ECF No. 50) is GRANTED, as stated above.

IT IS SO ORDERED.

  Dated:   **February 6, 2018**            /s/ Barbara A. McAuliffe            
                                    UNITED STATES MAGISTRATE JUDGE